B & M LUMBER CO., INC. v. EDWARD REUTER.

April 26, 1988.

Leave to appeal granted; and it is further

ORDERED that the portion of the Appellate Division order dismissing the cross-appeal is summarily affirmed and the portion of the Appellate Division order suppressing the responding brief on appeal is summarily reversed; and it is further

ORDERED that defendant is permitted to file a respondent's brief on plaintiff's appeal as within time.

Jurisdiction is not retained.

IN RE SUBPEONA ISSUED TO EVAN SCHUMAN.

STATE OF NEW JERSEY v. GARY J. MAYRON.

April 26, 1988.

Leave to appeal granted.

HOLLY LOPEZ, AN INFANT BY HER GUARDIAN AD LITEM, GLORIA LOPEZ, AND GLORIA LOPEZ, INDIVIDUALLY v. SARAH CAVANAUGH, TIMOTHY CAVANAUGH, SAMARIA FANCIULLO AND MADONNA FANCIULLO AND TOWNSHIP OF LACEY.

April 29, 1988.

The parties having stipulated to a dismissal of this matter, it is ORDERED that the appeal is dismissed. (See —— *N.J.* —— (——))